# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

LISA SHANKUS,

        Plaintiff,

-vs-

FIFTH THIRD BANK, N.A.,

        Defendant.

CASE NO. 2:24-cv-12771-MFL- CI

## NOTICE OF SETTLEMENT AS TO DEFENDANT, FIFTH THIRD BANK, N.A.

COMES NOW Plaintiff, LISA SHANKUS, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, FIFTH THIRD BANK, N.A., have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 12th day of December, 2024.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd., Ste 610
Tampa, FL 33602

1

Cell: (813)299-8537
Facsimile: (844)951-3933
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 12th day of December, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar #: 617963
Pennsylvania #: 325066
*Attorney for Plaintiff*

2