## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **LISA SHANKUS,** | : | **Case No.: 2:24-cv-12771** |
| | : | |
| Plaintiff, | : | **Judge:  Matthew F. Leitman** |
| | : | **Magistrate Judge:  Curtis Ivy, Jr.** |
| vs. | : | |
| | : | |
| **FIFTH THIRD BANK, N.A.,** | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

### STIPULATION TO DISMISS WITH PREJUDICE

By agreement, the parties to the above-captioned action, by and through their respective attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to the dismissal with prejudice of the above-captioned matter against Fifth Third with each party to bear their own fees and costs.

**Date**: January 13, 2025

/s/  *Octavio Gomez*
Octavio "Tav" Gomez, Esq.
Florida Bar #: 0338620
Georgia Bar #: 617963
Pennsylvania Bar #" 325066
The Consumer Layers PLLC
501 Kennedy Blvd., Suite 610
Tampa, FL 33602
(813) 299-8537 / (844) 951-3933
Tav@theconsumerlawyers.com

*For Plaintiff*

/s/ *Kara A. Canik*
Kara A. Czanik (Ohio Bar #75165)
Dinsmore & Shohl LLP
225 East Fifth Street
Suite 1900
Cincinnati, Ohio 45202
T: (513) 832-5490
F: (513) 977-8141
kara.czanik@dinsmore.com

*For Defendant*